IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ALI MEHDIPOUR, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-03-534-C |
| | ) | |
| LISA PARKER and RON WARD, | ) | |
| | ) | |
| Respondents | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Roberts entered a Report and Recommendation on June 10, 2005, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge. No point would be served in repeating that analysis. To the extent they even address the Report and Recommendation of the Magistrate Judge, Petitioner's objections raise nothing which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objections which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly.

IT IS SO ORDERED this 19th day of October, 2005.

ROBIN J. CAUTHRON
United States District Judge